JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN SERNETT,<br><br>      Plaintiff,<br><br>    v.<br><br>UNUM GROUP, THE PAUL REVERE LIFE INSURANCE COMPANY AND PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>      Defendants. | Case No. 2:22-cv-05189-WLH-E<br><br>**FINAL JUDGMENT [61]** |

On June 20, 2025, the Court granted Defendants Unum Group, The Paul Revere Life Insurance Company, and Provident Life and Accident Insurance Company's (collectively, "Defendants") Motion for Summary Judgment. (Docket No. 60).

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Judgment is hereby entered in favor of Defendants and against Plaintiff on his Complaint; and

2. The Court may determine at a later date the award of costs incurred by Defendants Unum Group, The Paul Revere Life Insurance Company, and Provident Life and Accident Insurance Company that are recoverable from Plaintiff.

**JUDGMENT IS SO ENTERED.**

DATED: July 11, 2025

                                    HON. WESLEY L. HSU
                                    UNITED STATES DISTRICT JUDGE